UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANTONIO HIGH HAWK, Defendant. | 5:21-CR-50164-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On November 22, 2024, defendant, Antonio High Hawk, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to Count 2 of the Indictment which charges him with Sexual Abuse of a Minor, in violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A). Both parties waived any objection to the report and recommendation. After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 138) is adopted. The defendant is adjudged guilty of Sexual Abuse of a Minor, in violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on February 7, 2025, at 2:00 p.m. in Rapid City, Courtroom 2.

Dated November 22, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE